UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                                                                      CASE NO.  8:12-CR-70-T-23EAJ

<u>**JAMES LEWIS WRIGHT              /**</u>

**<u>REPORT AND RECOMMENDATION</u>**

Before the court is Defendant's Construed Motion to Appeal In Forma Pauperis dated November 7, 2013.[1] (§ 636(b)Dkt. 45)  Defendant's inmate account establishes his indigency. As the judgment Defendant wishes to appeal from to was entered on August 22, 2012 (Dkt. 37) when he was sentenced, the motion should be denied as frivolous.  Also, the Eleventh Circuit has no record of any pending appeal as of October 1, 2013. (Dkt. 41)

Rule 4(b)(1)(A), Fed. R. App. P., provides that, in a criminal case, "a defendant's notice of appeal must be filed in the district court within 14 days after the later of: (i) the entry of either the judgment or the order being appealed; or (ii) the filing of the government's notice of appeal."  The time to file a notice of appeal may be extended "for a period not to exceed 30 days" upon a finding of good cause or excusable neglect. Rule 4(b)(4), Fed. R. App. P.  The deadline set forth in Rule 4 is "jurisdictional and strictly applied."  <u>United States v. Phillips</u>, 225 F.3d 1198, 1199 (11th Cir. 2000).

This court is not authorized to extend the deadline for Defendant's direct appeal beyond the deadline prescribed by Rule 4.  <u>See</u> <u>United States v. Brown</u>, 192 F. App'x 942, 943-44 (11th Cir. 2006)(per curiam)(unpublished).  Defendant is not entitled to <u>in</u> <u>forma</u> <u>pauperis</u> status.

Accordingly and upon consideration, it is **RECOMMENDED** that:

---

[1] This matter was referred from the District Judge on November 7, 2013. (Dkt. 45)

1) Defendant's construed motion to appeal in forma pauperis (Dkt. 45 ) be **DENIED.**

DONE and ORDERED in Tampa, Florida on this   22nd   day of November, 2013.

_____
ELIZABETH A JENKINS
United States Magistrate Judge

NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. § 636(b)(1).